IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| GIOVANNI ("HENRY") MONTOYA, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>S.C.C.P. PAINTING CONTRACTORS, INC., et al.,<br><br>        Defendants. | Case No. 1:07-cv-0455 (CCB) |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM
DEFENDANT S.C.C.P. PAINTING CONTRACTORS, INC.**

    The Plaintiffs in this case, by counsel and pursuant to Fed. R. Civ. P. 37 and L.R. 104.8, hereby respectfully move this Court for an order compelling Defendant S.C.C.P. Painting Contractors, Inc. ("S.C.C.P.") to respond fully to Plaintiff Giovanni Montoya's First Set of (Class Discovery) Document Requests ("First Document Requests").

    The bases for this Motion are set forth in the accompanying memorandum. A Proposed Order has also been filed in support of this Motion.

Dated: August 6, 2007

Respectfully submitted,

_____/s/_____
David J. Cynamon (Bar No. 05620)
Anne E. Langford (Bar No. 16439)
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037
Phone: 202-663-8000
Fax: 202-663-8007
E-mail: david.cynamon@pillsburylaw.com
　　　　anne.langford@pillsburylaw.com

and

Laura E. Varela (Bar No. 28260)
Susan E. Huhta (Bar No. 14547)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, NW Suite 400
Washington, DC 20036
Phone: 202-319-1000
Fax: 202-319-1010
E-mail: laura_varela@washlaw.org
　　　　sue_huhta@washlaw.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2007, Plaintiffs' Motion to Compel Discovery from Defendant S.C.C.P. Painting Contractors, Inc., the memorandum in support thereof, Proposed Order, and accompanying Exhibit were served First Class Mail, postage prepaid, on the following counsel of record:

>G. Randall Whittenberger
>MILES & STOCKBRIDGE, P.C.
>30 West Patrick Street, 6th Floor
>Frederick, MD 21701

>/s/
>Anne E. Langford